# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: **00-6001**
**CIV - GOLD**
MAGISTRATE JUDGE
SORRENTINO

In Re: Automatic Reference of         }
Certain Matters to United States      }
Magistrate Judge Charlene Sorrentino  }

## CLERK'S ORDER OF MAGISTRATE JUDGE ASSIGNMENT

Pursuant to Administrative Order 93-69 AND 96-55 of this Court, this matter is referred to MAGISTRATE JUDGE CHARLENE SORRENTINO for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters:

**ORDERED** that all pleadings hereafter filed shall bear the assigned case number and District Court Judge followed by the surname of Magistrate Judge SORRENTINO thereby indicating the Magistrate Judge to whom all future documents should be routed or otherwise brought for attention in accordance with the Southern District of Florida Local Rules 5.1.A.2.

**DONE** and **ORDERED** at Miami/Fort Lauderdale/West Palm Beach, Florida, this 3rd day of January ,2000.



**CLARENCE G. MADDOX, II**
Court Administrator/Clerk of Court

by:_____
Deputy Clerk

c: All counsel of record

