UNITED STATES DISTRICT COURT
Southern District of Florida

Application to Proceed without
Prepayment of fees and affidavit

Lymus Levarr Brown III

Plaintiff(s),
v.

M. Lisanti book

Defendant(s).

CASE NO.: 00-6001
CIV - GOLD
MAGISTRATE JUDGE
SORRENTINO

In the above entitled proceeding that in support of my request to proceed without prepayment of fees or costs under (28 USC 1915) I declare that I am unable to pay costs of these proceeding, and that I am entitled to the relief sought in the complaint.

In support of this application I answer the following questions under the penalty of perjury.

1. Are you currently incarcerated: Yes

   at:

2. Are you employed by the institution: No

Plaintiff(s) are located at:
Lymus Levarr Brown III
555 Southeast 1st Avenue, Fort Lauderdale Fla 33310



```
BROWARD COUNTY JAIL COMMISSARY SYSTEM - MAIN FACILITY
RELEASE - INMATE LEDGER CARD
PRINT DATE: 12/29/1999
PRINT TIME: 07:19 AM


Arrest Number: 579815180                    CELL#: 09*1*9B17
   Inmate Name: BROWN, LYMUS LEVAR      RACE/SEX: BM
         Alias: None, None                  DOB: 01/03/1978
Curr. Balance: $0.00
```

| DATE | TYPE | DEPOSIT | DISBURSEMENT | BALANCE |
|---|---|---|---|---|
| 03/06/1999 | Mailroom Deposit | $20.00 | $0.00 | $20.00 |
| 03/06/1999 | Processing Fee | $0.00 | ($10.00) | $10.00 |
| 03/07/1999 | Subsistence Payment | $0.00 | ($2.00) | $8.00 |
| 03/08/1999 | Subsistence Payment | $0.00 | ($2.00) | $6.00 |
| 03/09/1999 | Subsistence Payment | $0.00 | ($2.00) | $4.00 |
| 03/11/1999 | Purchase | $0.00 | $4.00 | $0.00 |
| 06/03/1999 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 07/05/1999 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 07/12/1999 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 07/19/1999 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 07/26/1999 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 08/02/1999 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 08/23/1999 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 08/31/1999 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 09/13/1999 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 09/20/1999 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 09/27/1999 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 10/04/1999 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 10/12/1999 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 10/21/1999 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 10/25/1999 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 11/04/1999 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 11/15/1999 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 11/16/1999 | Mailroom Deposit | $25.00 | $0.00 | $25.00 |
| 11/17/1999 | Subsistence Payment | $0.00 | ($0.20) | $24.80 |
| 11/18/1999 | Purchase | $0.00 | $24.80 | $0.00 |
| 12/02/1999 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 12/10/1999 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 12/23/1999 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 12/28/1999 | Pending Order | $0.00 | $0.00 | $0.00 |