GAT:dac

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6001-CIV-GOLD

LYMUS L. BROWN, III

    Plaintiff,

v.

DEPUTY M. LISANTI

    Defendant.
_____/



## NOTICE OF FILING

Deputy M. Lisanti, by and through the undersigned counsel, files the attached original Waiver of Service of Summons, dated February 25, 2000.

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. mail on this __25th__ Day of February, 2000, to Lymus L. Brown, III, 555 Southeast First Avenue, Fort Lauderdale, FL 33310.

    BUNNELL, WOULFE, KIRSCHBAUM
    KELLER COHEN & McINTYRE, P.A.
    Attorneys for Defendants
    Post Office Drawer 030340
    Fort Lauderdale, Florida 33303
    (954) 761-8600

    By: _____
        Gregg A. Toomey, Esquire
        FL Bar No.: 015689