UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6001-CIV-GOLD
MAGISTRATE JUDGE SORRENTINO

LYMUS L. BROWN, III,      :

    Plaintiff,

v.      :      ORDER REGARDING MAIL SENT
                TO PLAINTIFF RETURNED
M. LISANTI,                    AS UNDELIVERABLE

    Defendant,      :

_____

FILED by ___ D.C.
MAG. SEC.
MAR - 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF ___ MIA___

    Plaintiff's copy of the Order sent by this Court to his address of record, the Broward County Main Jail, has been returned as undeliverable.

    The plaintiff is reminded that it is his responsibility to immediately advise the Court in writing of any change of address. Computer research at http://www.dc.state.fl.us reveals that the plaintiff is now incarcerated at Liberty Correctional Institution. Thereupon, it is

    ORDERED AND ADJUDGED as follows:



1.  Failure to promptly advise the Court of any change in address may result in dismissal of this case for lack of prosecution.

2.  A copy of the following Orders will be provided with this Order:

    a.  Order of Instructions to the Pro Se Litigant;

    b.  Order Permitting Plaintiff to Proceed Without Prepayment of Filing Fee but Establishing Debt to Clerk of $150.00

to the plaintiff at: Liberty Correctional Institution.

DONE AND ORDERED at Miami, Florida, this ___3___ day of March, 2000.

                                                                _____
                                                                UNITED STATES MAGISTRATE JUDGE

cc: Lymus L. Brown, III, Pro Se
    DC #L24237
    Liberty Correctional Institution
    P. O. Box 999
    Bristol, FL 32321

Gregg A. Toomey, Esq.
Bunnell, Woulfe, Kirschbaum,
    Keller, Cohen & McIntyre, P. A.
P. O. Drawer 030340
Fort Lauderdale, FL 33303