IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6001-CIV-GOLD

LYMUS L. BROWN, III

    Plaintiff,

v.

DEPUTY D. LISANTI

    Defendant.
_____/

## DEFENDANT'S NOTICE ADDRESS CORRECTION

1. On March 3, 2000, this Court notified the undersigned counsel for Defendant Deputy D. Lisanti ("Deputy Lisanti") that the Plaintiff Lymus L. Brown, III's ("Brown") address as shown in the Court File was incorrect and provided the following address for Brown:

> Lymus L. Brown, III
> DC #L24237
> Liberty Correctional Institution
> P.O. Box 999
> Bristol, FL 32321

2. Lisanti attempted to serve Brown at the above address on March 6, 2000. The Answer was returned by the United States Postal Service as undeliverable. Lisanti then filed a Notice of Failed Service with this Court.

3. Further research shows that the above address is incorrect. The correct address for Brown is:

> Lymus L. Brown, III
> DC #L24237
> Liberty Correctional Institution
> HCR 2
> P.O. Box 144
> Bristol, FL 32321

NON-COMPLIANCE OF S.D. fla. L.R. 5.1A1

4. This Court has previously entered an Order Regarding Mail Sent to Plaintiff Returned as Undeliverable.

5. Although this Court has ordered Brown to keep his whereabouts known, he has failed to comply. Furthermore, Brown has not filed any paper with this Court since filing his Complaint on January 3, 2000. The undersigned counsel asks the Court to take judicial notice of same.

6. In an abundance of caution, the undersigned will again serve its answer on Brown at the above-stated address.

WE HEREBY CERTIFY that a true and correct copy of the above and foregoing was furnished by U.S. Mail to Lymus Brown III DC #L24237 Liberty Correctional Institution, HCR 2 P.O. Box 144 Bristol, FL 32321 this 20th day of June, 2000.

Respectfully submitted,

BUNNELL, WOULFE, KIRSCHBAUM,
KELLER, COHEN & McINTYRE, P.A.
Attorneys for Defendants
888 East Las Olas Blvd., 4th Floor
Fort Lauderdale, Florida 33301
Telephone: (954) 761-8600
Facsimile: (954) 463-6643

By: _____
GREGG A. TOOMEY
Florida Bar No. 0159689