UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6001-CIV-GOLD/SIMONTON

LYMUS L. BROWN, III,

        Plaintiff,

vs.

DEPUTY D. LISANTI,

        Defendant.
_____/



**ORDER SETTING TELEPHONIC STATUS
CONFERENCE AND HEARING DATE**

A telephonic status conference regarding the *Defendant's Motion for Extension of Pretrial Deadlines*, **[DE 14]**, is hereby set before the Honorable Alan S. Gold, at the United States District Court, Courtroom Ten, Tenth Floor, 301 North Miami Avenue, Miami, Florida, on **September 22, 2000 at 8:45 a.m.** The Plaintiff shall call the court on the above date and time. The Court shall then conference counsel for the defense. The parties shall be prepared to argue all pending pretrial motions. **Please notify the court immediately at (305) 523-5580 of any disposition or settlement of this case.**

DONE AND ORDERED in chambers at Miami, Florida, this 25 day of August, 2000.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

copies furnished to:
**U.S. Magistrate Judge Andrea Simonton
Warden, Liberty Correctional Institute
Gregg Toomey, Esq.**
888 East Las Olas Blvd., 4th Floor
Ft. Lauderdale, FL 33301
**Lymus Brown, III**
DC# L24237
Liberty Correctional Institute
HCR 2
P.O. BOX 144
Bristol, Fl 32321