IN THE UNITED STATES DISTRICT
SOUTHERN DISTRICT OF FLORIDA

00 SEP 11 PM 2:32

CLERK U.S. DIST. CT.
S.D. OF FL.-MIAMI

CASE NO. 00-6001-CIV-GOLD

LYMUS L. BROWN. III

    Plaintiff

v.

DEPUTY D. LISANTI

    Defendant

## PLAINTIFF'S NOTICE OF SERVICE OF
## RESPONSE TO DEFENDANT'S INITIAL INTERROGATORIES

Plaintiff, Lymus L. Brown, III, pro-se, propounds the attached answers to interrogatories to Defendant Deputy D. Lisanti, under oath

I HEREBY CERTIFY that a true and correct copy of the of the foregoing has been furnished to counsel for the Defendant, by regular U.S. Mail, this 27th day of August, 2000.

Respectfully submitted.

/S/ _____ Brown III

Lymus L. Brown, III, pro-se
Liberty Correctional Institution
HCR 2, Box 144
Bristol, Florida