UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6001-CIV-GOLD/SIMONTON

LYMUS L. BROWN, III,

        Plaintiff,

vs.

DEPUTY D. LISANTI,

        Defendant.
_____/



FILED by _____ D.C.
SEP 0 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER CANCELING TELEPHONIC STATUS CONFERENCE AND HEARING DATE

The telephonic status conference regarding the *Defendant's Motion for Extension of Pretrial Deadlines*, [DE 14], before the Honorable Alan S. Gold, at the United States District Court, on **September 25, 2000 at 8:45 a.m., is hereby canceled.  Please notify the court immediately at (305) 523-5580 of any disposition or settlement of this case.**

DONE AND ORDERED in chambers at Miami, Florida, this 1 day of September, 2000.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

copies furnished to:
**U.S. Magistrate Judge Andrea Simonton**
**Warden, Liberty Correctional Institute**
**Gregg Toomey, Esq.**
888 East Las Olas Blvd., 4th Floor
Ft. Lauderdale, FL 33301
**Lymus Brown, III**
DC# L24237
Liberty Correctional Institute
HCR 2
P.O. BOX 144
Bristol, Fl 32321

