UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6001-Civ-GOLD
MAGISTRATE JUDGE SORRENTINO

LYMUS L. BROWN, III

    Plaintiff,          :

v.                               :

DEPUTY D. LISANTI,     :

    Defendant.         :
_____

ORDER ON PENDING MOTION,
AND MODIFYING THE DATES FOR
COMPLETION OF PRETRIAL
PROCEEDINGS IN THE CASE

This Cause is before the Court upon the defendant's motion (DE# 14) for an extension of the dates for completion of pretrial proceedings in this case.

Upon consideration, and review of the record, it is thereupon

ORDERED AND ADJUDGED as follows:

1.    **The defendant's motion for extension of time (DE# 14) to complete pretrial proceedings in this case is granted to the extent provided in paragraph 2 of this Order, below.**

2.    The dates for completion of pretrial procedures in this case, as provided in the "Order Scheduling Pretrial Proceedings When Plaintiff is Proceeding Pro Se" [DE# 12], which was entered on May 26, 2000, are modified, as follows.

 a. All discovery methods listed in Rule 26(a), Federal Rules of Civil Procedure, shall be completed by October 31, 2000. This shall include all motions relating to discovery.

 b. All motions to join additional parties or amend the pleadings shall be filed by November 13, 2000.

 c. All motions to dismiss and/or for summary judgment shall be filed by December 5, 2000.

 d. On or before December 26, 2000, the plaintiff shall file his pretrial statement, in accordance with the directions in paragraphs "4(a)" through "4(f)" of the prior scheduling order (DE# 12, entered on May 26, 2000).

 e. On or before January January 9, 2001, the defendants shall file their pretrial statement.

DONE AND ORDERED at Miami, Florida, this 22 day of September, 2000.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

cc: Lymus L. Brown, III, <u>Pro Se</u>
  DC# L24237
  Liberty Correctional Institution
  HCR 2, Box 144
  Bristol, FL 32321-9711

  Gregg A. Toomey, Esquire
  Bunnell, Woulfe, Kirschbaum,
   Keller & McIntyre, P.A.
  888 East Las Olas Boulevard, #400
  P. O. Drawer 030340
  Fort Lauderdale, FL 33303-0340