UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6001-Civ-GOLD
MAGISTRATE JUDGE SORRENTINO

LYMUS L. BROWN, III,         :

    Plaintiff,           :

v.                           :             REPORT OF
                                        MAGISTRATE JUDGE
DEPUTY D. LISANTI,           :

    Defendant.           :
_____

    This Cause is before the Court upon the motion of the defendant Lisanti to dismiss the case for lack of record activity. (DE# 15, dated July 27, and filed by the Clerk on July 31, 2000).

    The record shows that four days prior to the filing of the motion to dismiss, the plaintiff served his answers to the defendant's first set of interrogatories, and filed a notice with the Clerk. (DE# 17, "Notice of Service of Response to Defendant's Initial Interrogatories," dated August 27, and filed by the Clerk on September 1, 2000). In addition, the defendant has filed a motion for extension of the pretrial deadlines (DE# 14, dated July 26, and filed by the Clerk on July 28, 2000.

    It is therefore recommended that the defendant's motion to dismiss for lack of record activity (DE# 15), be denied.

    Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

Dated: September 22, 2000

_____
UNITED STATES MAGISTRATE JUDGE

cc: Lymus L. Brown, III, <u>Pro Se</u>
    DC# L24237
    Liberty Correctional Institution
    HCR 2, Box 144
    Bristol, FL 32321-9711

    Gregg A. Toomey, Esquire
    Bunnell, Woulfe, Kirschbaum,
      Keller & McIntyre, P.A.
    888 East Las Olas Boulevard, #400
    P. O. Drawer 030340
    Fort Lauderdale, FL 33303-0340