IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6001-CIV-GOLD

LYMUS L. BROWN, III

    Plaintiff,

v.

DEPUTY D. LISANTI

    Defendant.



**ORDER**
Granted ✓ the plaintiff shall
Denied respond fully to the
Comments interrogatories
propounded to him.
Dated 9/27/00
_Charlene H. Sorrentino_
U. S. Magistrate Judge



## DEFENDANT'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES

Defendant, DEPUTY D. LISANTI, pursuant to Federal Rule of Civil Procedure 37 and Rule 26.1(h), Local Rules of the United States District Court for the Southern District of Florida, files this Motion to Compel Discovery as follows:

1.     The Defendant, DEPUTY D. LISANTI, propounded standard form Interrogatories to the Plaintiff, LYMUS L. BROWN, III, on July 26, 2000.

2.     On August 27, 2000, the Plaintiff responded to each and every Interrogatory in the same manner: "See jail file." A copy of the Defendant's Interrogatories and the Plaintiff's answers are attached hereto as Exhibit "A".

3.     Plaintiff's responses are improper, unreasonable, evasive, and are intended to increase the cost of litigation.

4.     Because the Plaintiff is a state incarcerated prisoner, and is currently housed

1