UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6001-CIV-GOLD/SIMONTON

LYMUS L. BROWN III,

　　　　Plaintiff,

vs.

DEPUTY M. LISANTI,

　　　　Defendant.
_____/

FILED by _____ D.C.
OCT 0 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the court upon the defendant's notification of the plaintiff's noncompliance with pretrial procedures. According to the court's order of May 26, 2000, the plaintiff was required to provide the defendant with a pretrial statement by September 12, 2000. To date, the plaintiff has failed to comply with the court's order. Therefore, it is

**ORDERED AND ADJUDGED THAT:**

The plaintiff is ordered to submit to the defendant and the court within 20 days of this order a pretrial statement as required by the court's order of May 26, 2000. If the plaintiff fails to comply, the court shall dismiss the case for lack of prosecution.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ____5____ day of September, 2000.

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
Lymus Brown, III., DC #L24237,
Liberty Correctional Institution HCR2
PO Box 144
Bristol, FL 32321

Gregg A. Toomey
888 East Las Olas Blvd., Ste. 400
Ft. Lauderdale, FL 33301

