```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA

                                    CASE NO. 00-6001-Civ-GOLD
                                    MAGISTRATE JUDGE SORRENTINO
```

LYMUS L. BROWN, III,            :

    Plaintiff,              :

v.                              :        ORDER

DEPUTY D. LISANTI,              :

    Defendant.              :

_____

REC'D by ___ D.C.
OCT 16 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

For the reasons stated in the Report of the Magistrate Judge and upon independent review of the file, it is

ORDERED AND ADJUDGED the defendant's motion to dismiss for lack of record activity (DE# 15) is denied.

DONE AND ORDERED at Miami, Florida, this ____ day of _____, 2000.

_____
UNITED STATES DISTRICT JUDGE

cc: Lymus L. Brown, III, Pro Se
    Gregg A. Toomey, Esquire