IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6001-CIV-GOLD



LYMUS L. BROWN, III

　　　Plaintiff,

VS.

DEPUTY D. LISANTI,

　　　Defendant.
_____/

## MOTION TO DISMISS CASE VOLUNTARILY WITHOUT PREJUDICE

COMES NOW, the Plaintiff, LYMUS L. BROWN III, pro-se, and files this Motion to Dismiss Case Voluntarily without prejudice in this Honorable court and states the following in support hereof:

1. Plaintiff in this case has realized that he has made several errors in the complaint.

2. Plaintiff is not able to properly litigate this case at the present time.

3. Plaintiff feels that it is in the best interest of justice if he voluntarily moves to dismiss this case without prejudice at this time.

4. Plaintiff further feels that to allow this case to proceed at the present time would be putting an unnecessary burden upon this court.

NON-COMPLIANCE OF S.D. fla. L.R. 5(A), 5.7.1A4

29

Wherefore based upon the foregoing Plaintiff prays that this Honorable Court will grant the foregoing motion and issue an order dismissing the present case without prejudice.

I hereby certify that a true and correct copy of the foregoing motion has been furnished to Gregg A. Toomey, Counsel for Defendant at: 888 East Las Olas Blvd., 4th Floor, Fort Lauderdale, Florida 33301, by regular U.S. Mail, this 27TH day of OCTOBER, 2000.

Respectfully Submitted,

/S/ _____
Lyons L. Brown, III, pro se
DC#
Liberty Corr. Inst.
HCR 2, Box 144
Bristol, Florida 32321-9711