```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO. 00-6001-CIV-GOLD
                              MAGISTRATE JUDGE SORRENTINO
LYMUS L. BROWN, III,         :

        Plaintiff,            :

v.                            :     REPORT OF
                                    MAGISTRATE JUDGE
DEPUTY D. LISANTI,           :

        Defendant.            :
_____
```



The <u>pro se</u> plaintiff, Lymus L. Brown, III, has filed a motion to dismiss this civil rights case without prejudice (DE 29).

Of course, no dismissal can be without prejudice as to certain matters, such as a statute of limitations, or other procedural defenses, which would have to be litigated in any further suit.

It is therefore recommended that the plaintiff's motion for voluntary dismissal (DE 29) be granted; that the defendant's pending motion for summary judgment (DE 22) be dismissed, without prejudice; and that the case be closed.

Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

Dated: November 8, 2000

_____
UNITED STATES MAGISTRATE JUDGE

cc: Lymus L. Brown, <u>Pro Se</u>
    DC #L24237
    Liberty Correctional Institution
    HCR 2, Box 144
    Bristol, FL 32321-9711