FILED by _____ D.C.
NOV 22 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6001-CIV-GOLD
MAGISTRATE JUDGE SORRENTINO

**CLOSED CIVIL CASE**

LYMUS L. BROWN, III,                :

    Plaintiff,                      :

v.                                  :     ORDER OF DISMISSAL

DEPUTY D. LISANTI,                  :

    Defendant.                      :

_____

For the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file, it is

ORDERED AND ADJUDGED as follows:

1. The motion of the plaintiff for voluntary dismissal (DE 29) is granted.

2. The motion of the defendant for summary judgment (DE 22) is dismissed, without prejudice.

3. All pending motions not otherwise ruled upon are dismissed, as moot.

31

4.  This case is closed.

DONE AND ORDERED at Miami, Florida, this ᴧᴧ day of _____Nov\_\_\_, 2000.

                                                  UNITED STATES DISTRICT JUDGE
                                                      **ALAN S.** GOLD

cc: Lymus L. Brown, III, <u>Pro Se</u>